FILED
U.S. DIST. COURT
BRUNSWICK DIV

'01 JUN 26 AM 10 47

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| MARY C. DOWNEY, JAMES M. MENGER, JR., ANNE MARIE MENGER, and JOHN SHEEHAN and on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>MORTGAGE GUARANTY INSURANCE CORPORATION,<br>          Defendant. | Civil Action File No. CV100-108<br>Judge Anthony A. Alaimo |

## FINAL JUDGMENT
## APPROVING SETTLEMENT AND DISMISSING ACTION

This matter comes before the Court on the Motion of the Class Plaintiffs for approval of the proposed settlement as set forth in the Settlement Agreement dated and filed December 15, 2000. The Court, having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore; and after due and adequate notice to all interested parties and a hearing; and in accordance with the Court's Final Order Approving Settlements and Certifying Settlement Classes and the Injunctions, entered in this and two other actions, filed on even date herewith,

IT IS HEREBY ADJUDGED AND DECREED that:

1.    Pursuant to Fed.R.Civ.P. 23(e), the Court approves the Settlement Agreement and incorporates and integrates the Settlement Agreement herein. This includes, without limitation, the Final Order Approving Settlement and Certifying Class and the Injunction entered herein.

2.    For the purposes of this Final Judgment, the Court adopts and incorporates the definitions contained in the Settlement Agreement.

3.    This Court has jurisdiction over the subject matter of this action and, pursuant to Fed.R.Civ.P. 23, has certified a class, for settlement purposes only, defined to include:

> All persons who obtained or will obtain a Covered Loan insured under a Certificate where the commitment to issue the Certificate was made by MGIC on or after May 19, 1997 and on or before December 31, 2003, except commitments to issue any mortgage insurance for Bulk/Seasoned Loans. The Class Members shall be divided into three subclasses:
>
> Subclass A shall consist of those Class Members with respect to whom the commitment by MGIC to issue the Certificate was made on or after May 19, 1997 and prior to May 19, 1999;
>
> Subclass B shall consist of those Class Members with respect to whom the commitment by MGIC to issue the Certificate was made on or after May 19, 1999 and prior to December 1, 2000;
>
> Subclass C shall consist of (i) all Class Members in Subclass A and Subclass B with respect to whom the mortgage insurance evidenced by the Certificate was still in force on December 1, 2000 and (ii) those Class Members with respect to whom the Certificate is issued on or after December 1, 2000 and on or before December 31, 2003.

Subclasses A and B are certified under Fed.R.Civ.P. 23(b)(3) and Subclass C is certified under Fed.R.Civ.P. 23(b)(2). Notice was directed to all Class Members and was given by first class mail to those who are members of either Subclass A or Subclass B, and by publication to all Class Members, all as detailed in the Affidavit of Settlement Administrator L. Stephens Tilghman – Settlement Administration filed in this case on June 1, 2001. The Court finds that all persons within the scope of

the class definition are members of the Class, except that the Class excludes each person who has requested exclusion as set forth in Exhibit A hereto.

4. This case is dismissed with prejudice and without costs.

5. As of the date of entry hereof, Representative Plaintiffs and each Class Member (other than those listed on Exhibit A hereto), and their respective spouses, executors, representatives, heirs, successors, bankruptcy trustees, guardians, wards, joint tenants, tenants in common, tenants by the entirety, co-borrowers, agents and assigns, and all those who claim through them or who assert claims on their behalf, (including the government in its capacity as parens patriaie) shall conclusively be deemed to have completely released and forever discharged the Released Persons, and each of them, from any claim, right, demand, charge, complaint, action, cause of action, obligation, or liability of any and every kind, including, without limitation, those based on RESPA, federal or state antitrust laws, state insurance statutes and regulations, including without limitation, state anti-rebate and anti-inducement statutes and regulations, state consumer protection laws, or any other federal, state or local law, statute, or regulation, (including, but not limited to, any and all federal and state statutory, administrative, regulatory or common law claims, including those for fraud or punitive damages), known or unknown, from the beginning of the world until today, whether in existence now or to come into existence in the future arising out of, or related to, a Covered Loan, provided however that the release shall only extend to matters that relate in any way to the fees, charges, conduct, services, acts, or omissions of any Released Person relating to, concerning, or in any way growing out of mortgage insurance or any acts or omission related thereto, including, without limitation, primary mortgage insurance, Agency Pool Insurance, captive mortgage insurance reinsurance, Performance Notes, mortgage-insurer arranged contract underwriting, Uncaptive Transactions, or RTs, including,

but not limited to, any claims which were raised or could have been raised in the *Downey* action. Notwithstanding the foregoing, the release shall not extend to claims, if any, Representative Plaintiff or Class Members may have relating to the cancellation or non-cancellation of their primary mortgage insurance under the Homeowners Protection Act, 12 U.S.C. §§ 4901 *et seq.*, or similar state statutes.

6. As of the date of entry hereof, Representative Plaintiffs and each Class Member (other than those listed on Exhibit A hereto) shall conclusively be deemed to have waived and fully, finally and forever settled and released any known or unknown, suspected or unsuspected, asserted or unasserted, contingent or non-contingent claim with respect to the claims released pursuant to paragraphs 5.01 of the Settlement Agreement and this Final Judgment, whether or not concealed or hidden, without regard to subsequent discovery or existence of additional facts.

7. In the event that Final Approval of the settlement as to MGIC does not occur in accordance with the terms of the Settlement Agreement, this Judgment shall be rendered null and void and be vacated upon application of any party, and the Final Order Approving Settlement and the orders allowing the final amendments to the complaint entered by this Court, shall be rendered null and void.

8. The Court has awarded attorney fees and reimbursement of expenses to Plaintiffs' Counsel by separate judgment to be entered in this action.

9. The Court expressly reserves jurisdiction to effectuate this settlement and to take any other actions in furtherance thereof.

10. This Judgment adjudicates all the claims and the rights and liabilities of all the parties in this action. Accordingly, the Clerk is hereby directed to enter this Final Judgment forthwith.

SO ADJUDGED this 26 day of June, 2001.

ANTHONY A. ALAIMO
Judge, United States District Court
Southern District of Georgia

Mortgage Insurance Settlement                                                                    MGIC Opt Outs

| Defend | Class | NAME1 | NAME2 | NAME3 |
|---|---|---|---|---|
| MGI | A | STEPHEN J ZADE | SUSAN ZADE | |
| MGI | A | BRYAN D HARRIS | MICHELLE R HARRIS | |
| MGI | A | JOHN WALKER | | |
| MGI | A | ELSIE TASSI | | |
| MGI | A | JAMES GARDNER | CLARA GARDNER | |
| MGI | A | MOISES MAYA | ELIZABETH MAYA | |
| MGI | A | ELAINE LAMMERT | | |
| MGI | A | LILI SOLINGER LUTGENS | | |
| MGI | A | RANDAL LAMME | | |
| MGI | A | KEVIN LEE LEWTER | CHRISTIE LYNN LEWTER | |
| MGI | A | DAMON DEVITO | LESLIE DEVITO | |
| MGI | A | MARK E. ROBNETT | | |
| MGI | A | JASON GRIFFITH | KIMBERLY GRIFFITH | |
| MGI | A | THOMAS BREWER | ADRUA BREWER | |
| MGI | A | DOUGLAS S. WEDAN | PAMELA A. WEDAN | |
| MGI | A | MARK WERESKI | ANDREA WERESKI | |
| MGI | A | MICHAEL CREMONESE | VICKI CREMONESE | |
| MGI | A | BYRON BURTON | | |
| MGI | A | KASIMIR MELNYK | MARY MELNYK | |
| MGI | A | SCOTT WEICHLER | TRINH TO WEICHLER | |
| MGI | A | CHARLES LUSIGNAN | SUSAN LUSIGNAN | |
| MGI | A | CHRISTOPHER DELEON | LEIAH DELEON | |
| MGI | A | ROYAL ROSE | LORETTA ROSE | |
| MGI | A | ROGER MEYER | | |
| MGI | A | DAMIAN ALCOVER | GLADYS ALCOVER | |
| MGI | A | JOHN ELLIS | CRYSTAL ELLIS | |
| MGI | A | CLINTON ISAAC | | |
| MGI | A | EMMANUEL MENDOZA | NIMFE SEMMEL | |
| MGI | A | BOBBY BUSBY | SUSAN BUSBY | |
| MGI | A | JAMES FARLEY | KRISTINE LINDAHL | |
| MGI | A | CHRISTOPHER WHIGHAM | LYDIA WHIGHAM | |
| MGI | A | GUILLERMO PORTILLA | AMELIA PORTILLA | GUILLERMO PORTILLA |
| MGI | A | MONICA (GRAFFAM) TURCOTTE | GREGORY TURCOTTE | |
| MGI | A | KENNETH HOLTE | JENNIFER HOLTE | |
| MGI | A | SHERRY SUTFIN SINKO | MARK SINKO | |
| MGI | A | HANI K. RIAD | | |
| MGI | A | JAMES ALLNUTT | | |
| MGI | A | RICHARD KOHL | ROBERTA KOHL | |
| MGI | A | TODD SULLIVAN | STEPHANIE SHAWN SULLIVAN | |
| MGI | A | MITCHELL LAPIN | | |
| MGI | A | MICHAEL SEAN MANNING | | |
| MGI | A | CHRIS LAMBOS | ANTOINETTE LAMBOS | |
| MGI | A | SANDRA HAYASHIDA | | |
| MGI | A | TESSIE LAMPRAKOS | | |
| MGI | A | CAROL HOUGH | | |
| MGI | A | ROBERT TUNNELL | JILL TUNNELL | |
| MGI | A | THERON ISAACS | MELANIE ISAACS | |
| MGI | A | EDWARD L. CARNES | TERESA M. CARNES | |
| MGI | A | JAMES NEAL | | |
| MGI | A | KARI FERKUL | DAVID FERKUL | |
| MGI | A | JAMES RANSOM | JAMIE RANSOM | |
| MGI | A | DAVID BOHL | GRACIELA CANTU | |
| MGI | A | KIRK HUDSON | ANDREA HUDSON | |
| MGI | A | CATHERINE MACIAS | | |
| MGI | A | MARK MILLER | THERESA MILLER | |
| MGI | A | PHILLIP BOULANGER | MARVA BOULANGER | |
| MGI | A | STANLEY MOORE | LINDA MOORE | |

Mortgage Insurance Settlement                                                                           MGIC Opt Outs

| Defend | Class | NAME1 | NAME2 | NAME3 |
|---|---|---|---|---|
| MGI | A | WILLIAM DAMATO | | |
| MGI | A | FRANKLIN MATHERS | ALEXANDRA MATHERS | |
| MGI | A | ERIC GOUDY | | |
| MGI | A | PRESTON STEPHENS | CRYSTAL HUNTER | |
| MGI | A | KEITH BELT | AMY BELT | |
| MGI | A | STEVEN GEISSLER | | |
| MGI | A | MYRON SNYDER | NORMA SNYDER | |
| MGI | A | JOHN HARRISON | ANNA HARRISON | |
| MGI | A | JOYCE SHIMETZ | | |
| MGI | A | ALEX COUNTS | | |
| MGI | A | DONNA OVERKAMP | | |
| MGI | A | STEPHEN FORD | LINDA FORD | |
| MGI | A | PRISCILLA JORDAN | | |
| MGI | A | TEMPLE TENNY | CLAUDIA TENNY | |
| MGI | A | GREG LADNER | STEPHANIE LADNER | |
| MGI | A | DUDLEY WOODWARD | PATRICIA CIAVOLA | |
| MGI | A | SUSAN WAGNER | | |
| MGI | A | BRENDA DALLY | | |
| MGI | A | DETLEF HALIEWICZ | | |
| MGI | A | TROY ANDERSON | | |
| MGI | A | CHRISTINE PACHECO | | |
| MGI | A | ANDREW DADO | JOAN DADO | |
| MGI | A | CASEY KING | KIMBERLEE KING | |
| MGI | A | LORALYN MOSKALYK | | |
| MGI | A | JOHN HANSON | SUSANNE HANSON | |
| MGI | A | SCOTT DAVID LINDLEY | LISA MARIE LINDLEY | |
| MGI | A | MICHAEL DZIEWATKOSKI | | |
| MGI | A | SHERIDAN WARNER | NANCY WARNER | |
| MGI | A | STEPHEN ONEIL | JODI ONEIL | |
| MGI | A | RAYMOND CONGDON | CHARLOTTE CONGDON | |
| MGI | A | JOHN BARNHILL | F SUZANNE BARNHILL | |
| MGI | A | JACKSON BEUTLER | TANYA ILER | |
| MGI | A | MARK STONE | | |
| MGI | A | SHARON BAXTER | | |
| MGI | A | GLENDA FRETTE | | |
| MGI | A | LOREN MCCONNEL | | |
| MGI | A | TIMOTHY KELLER | ANGELA KELLER | |
| MGI | A | E. EARL HAYS | BETTY HAYS | |
| MGI | A | LARRY MONTOYA | LEONOR MONTOYA | |
| MGI | A | CAROL KEPHART | | |
| MGI | A | JORGE BERRIOS | TERESITA BERRIOS | |
| MGI | A | MARK LECLERC | JENNIFER LECLERC | |
| MGI | A | ROBERT FRY | LINDA FRY | |
| MGI | A | CAROL OLSON | | |
| MGI | A | CHERYL MOORE | | |
| MGI | A | DUANE WILSON | LISA WILSON | |
| MGI | A | DONALD HAGEN | DONA HAGEN | |
| MGI | A | SHANNON A. WENZEL | BRENDA C. WENZEL | |
| MGI | A | DARRELL O'HAIR | KAREN O'HAIR | |
| MGI | A | MARTHA DONOGHUE | GERALD DONOGHUE | |
| MGI | A | ANNA PAUL | | |
| MGI | A | MARTY JACKSON | RUTH JACKSON | |
| MGI | A | RAMA FOX | | |
| MGI | A | DAWN WRAY | | |
| MGI | A | ARTHUR GIESE | ROXANA BUTLER | |
| MGI | A | DIANE KEZERLE | | |
| MGI | A | JACQUELINE GILLEY | | |

Mortgage Insurance Settlement                                                                                               MGIC Opt Outs

| Defend | Class | NAME1 | NAME2 | NAME3 |
|---|---|---|---|---|
| MGI | A | SAMUEL CONNALLY | ROBERT WARNER | |
| MGI | A | DARCI HARRINGTON | | |
| MGI | A | KEITH YOUNT | PHYLLIS YOUNT | |
| MGI | A | ANDREW KNOX | CLAIRE KNOX | |
| MGI | A | GEORGE CULP | EILEEN CULP | |
| MGI | A | BARRY BROMONSKY | JOANNE BROMONSKY | |
| MGI | A | JUDY MANGBERGER | JOHN MANGBERGER | |
| MGI | A | JERRY WILLARD | | |
| MGI | A | MICHAEL ANTHONY | LORILEE ANTHONY | |
| MGI | A | TERRY ANDERSON | JOYCE ANDERSON | |
| MGI | A | JEFFREY ZWEIG | | |
| MGI | A | WILLIAM FLETCHER | AMY HARRELL | |
| MGI | A | JASON SCHETTLER | | |
| MGI | A | KENNETH TROIANO | SUSAN TROIANO | |
| MGI | A | STANLEY FREEMAN | KRISTAL FREEMAN | |
| MGI | A | MICHAEL GREIS | | |
| MGI | A | STEVEN QUAST | DIANA QUAST | |
| MGI | A | COREY CHURCH | MARY CHURCH | |
| MGI | A | JENNY KLITCH | | |
| MGI | A | LINDA DEWITT | | |
| MGI | A | LARRY JAMES | BERNADETTE JAMES | |
| MGI | A | RICHARD BOWEN | VICKI BOWEN | |
| MGI | A | SALVADOR MARTINEZ | MARINA RODRIGUEZ | |
| MGI | A | OLEG PROCHODA | DONNA PROCHODA | |
| MGI | A | RICHARD O'DONNELL | BETH O'DONNELL | |
| MGI | A | STEVEN SANFORD | ALINDA SANFORD | |
| MGI | A | NANCY MERCER | | |
| MGI | A | CHET MACKLING | CYNTHIA MACKLING | |
| MGI | A | WILLIAM DAVID NELSON | | |
| MGI | A | MARCY VAN WYCHEN | | |
| MGI | A | NORMAN BURKE | MARY BURKE | |
| MGI | A | JERRY BARNES | SHELLY BARNES | |
| MGI | A | DEREK VAN MEURS | ANGELA VAN MEURS | |
| MGI | A | REGINA PETERSEN | | |
| MGI | A | ASHRAF DARDAR | | |
| MGI | A | MARY HERRES-VARNER | RON VARNER | |
| MGI | A | JOSEPH BEER II | HEATHER BEER | |
| MGI | A | MICHAEL OLIVER | | |
| MGI | A | MARCUS KYLE ROMINGER | JENNIFER ROMINGER | |
| MGI | A | EDWIN BERNARD JR | CARRIE BERNARD | |
| MGI | A | GERALD JULIAN | KAREN JULIAN | |
| MGI | A | KIRK COLGLAZIER | | |
| MGI | A | DAVID KEIRN | RUTHANN KEIRN | |
| MGI | A | SCOTT SOLAK | LARA SOLAK | |
| MGI | A | DAVID ROSS | | |
| MGI | A | JAMES WAINWRIGHT | TERRY WINTERS WAINWRIGH | |
| MGI | A | BRIAN DEVLIN | MICHELLE DEVLIN | |
| MGI | A | GEOFFREY WARCHOLIK | CINDY WARCHOLIK | |
| MGI | A | ROYAL ROSE | LORETTA ROSE | |
| MGI | A | DAVID RENAUD | SHAWN RENAUD | |
| MGI | A | SCOTT ONAINDIA | | |
| MGI | A | ROBERT NEEDHAM | PHYLLIS NEEDHAM | |
| MGI | A | LOREN WELLIVER | ILONA WELLIVER | |
| MGI | A | JAY WIMBERLY | JOYCE WIMBERLY | |
| MGI | A | JOHN LENWAY II | | |
| MGI | A | DONNA WILSON | | |
| MGI | A | CHARLENE TRUX | | |

Mortgage Insurance Settlement — MGIC Opt Outs

| Defend | Class | NAME1 | NAME2 | NAME3 |
|---|---|---|---|---|
| MGI | A | TERESITA ALBINO | | |
| MGI | A | STEVEN CHMIELEWSKI | | |
| MGI | A | ISCEL EDWARDS | | |
| MGI | A | ANDREW SHAKINOVSKY | | |
| MGI | A | FRANKLIN PHILLIPS JR | | |
| MGI | A | RALPH FREEMAN | RUTH FREEMAN | |
| MGI | A | JOSEPH TOLENO | FRANCES CONOVER | |
| MGI | A | MARY KING | | |
| MGI | A | WARNER DAVIS | | |
| MGI | A | EDWARD BROWN | JULIE BROWN | |
| MGI | A | COLLEEN RASMUSSEN | BRADLEY KLEPETKA | |
| MGI | A | THOMAS KARAS | KIMBERLY KARAS | |
| MGI | A | DARRELL MCGIVERIN | | |
| MGI | A | JOYCE WHITE | | |
| MGI | A | LEE HOFFMAN | CAROLYN VANNEWKIRK | |
| MGI | A | STEPHEN MAURI | | |
| MGI | A | MARK STEFFENS | | |
| MGI | A | ROB BIGALKE, JR | | |
| MGI | A | JEFFREY KUEHN | KATHLEEN KUEHN | |
| MGI | A | DANIEL TAPPE | DENISE TAPPE | |
| MGI | A | DAVID WILLIAMSON | | |
| MGI | A | PATRICIA REES | MICKEY REES | |
| MGI | A | KENNETH R II PARKER | | |
| MGI | A | MARK STELLA | LYNNE STELLA | |
| MGI | A | OLGA ROUDKOVSKAI | | |
| MGI | A | DOUGLAS CORE II | | |
| MGI | A | TANYA RODANTE | | |
| MGI | A | DAVID ALAN BOLTON | JODI KAY BOLTON | |
| MGI | A | KEITH FARNSWORTH | VIRGINIA FARNSWORTH | |
| MGI | A | MICHELLE ESCOBAR | | |
| MGI | A | TODD SIMO | KATHLEEN SIMO | |
| MGI | A | SONIA VIGLIOTTII | | |
| MGI | A | TAMARA STIMMELL | | |
| MGI | A | JOSEPH AUSTIN | ELLIN AUSTIN | |
| MGI | A | SCOT HULL | | |
| MGI | A | LEE TERRY | | |
| MGI | A | JOANNE WEST | | |
| MGI | A | ANTHONY REDINGTON | NADINE HUEGA | |
| MGI | A | BRIONNE CALDWELL | DEBORAH CALDWELL | |
| MGI | A | MAROUN ELHAGE | ALIA GHOSSAIN | |
| MGI | A | ROBERT HOLMES | KIMBERLY HOLMES | |
| MGI | A | PATRICIA GRAY | | |
| MGI | A | MARY BOWDEN | | |
| MGI | A | DONALD KERN | JULIE KERN | |
| MGI | A | ROBERT HAKIMOGLU | LINDA GUZYNSKI | |
| MGI | A | WILBERT BOTTAMILLER | | |
| MGI | A | STEVEN ROSS DEMOURELLE | KAREN MARKS DEMOURELLE | |
| MGI | A | INDERJIT GILL | SUSAN GILL | |
| MGI | A | TIMOTHY HENDRICKS | | |
| MGI | A | RICHARD HICKS | TAMMY SCHAEFFER | |
| MGI | A | KEITH ROY | SUZY ROY | |
| MGI | A | TRACI MC GEE-STICKLE | | |
| MGI | A | JENNIFER WILSON | | |
| MGI | A | MICHAEL DOUGHTON | | |
| MGI | A | VINCENT MAGYAR | | |
| MGI | A | MERRIL COUSIN | JULIA LYNN BYRD | |
| MGI | A | BRIAN SCHLECHTEN | | |

Mortgage Insurance Settlement                                                                          MGIC Opt Outs

| Defend | Class | NAME1 | NAME2 | NAME3 |
|---|---|---|---|---|
| MGI | B | MARCO A OROPEZA | | |
| MGI | B | JAMES D BURKETT | SANDRA R BURKETT | |
| MGI | B | JEFFREY L WELCH | NICOLE L WELCH | |
| MGI | B | PAUL WRIGHT | MELBOURNE WRIGHT | MERILYN WRIGHT |
| MGI | B | JASON MCAFEE | ANGELINA MCAFEE | |
| MGI | B | AARON WIDMAN | NATALIE WIDMAN | |
| MGI | B | CHAD BERGHORST | TAMARA BERGHORST | |
| MGI | B | GERALD BRANDT | ANGIE BRANDT | |
| MGI | B | ROBERT BURGER | CARRIE BURGER | |
| MGI | B | EDWARD VILLANACCI | | |
| MGI | B | JESSIE GREVE | | |
| MGI | B | DOUGLAS WILCOX | PAMELA COOK | |
| MGI | B | MICHELE LINN | MELISSA LINN | |
| MGI | B | DAVID SPIELES | PAM SPIELES | |
| MGI | B | JAMES BRIGHTER | THERESA BRIGHTER | |
| MGI | B | BRET GREER | | |
| MGI | B | DONALD D'ALFONZO | JANELL D'ALFONZO | |
| MGI | B | CHANCE YOUNKIN | KATARINA VLASAKOVA | |
| MGI | B | MIKE HUMMELL | | |
| MGI | B | RICHARD RODGERS | BETH RODGERS | |
| MGI | B | MICHAEL BURMEISTER | GINA BURMEISTER | |
| MGI | B | RAYMOND BURIAK JR | SUSAN BURIAK | |
| MGI | B | ERIC SCHLINGER | KATHARINE SCHLINGER | |
| MGI | B | KEITH MARTIN | CINDY LOU MARTIN | |
| MGI | B | KEVIN LYNN | ANN LYNN | |
| MGI | B | LANCE MORRIS | VALERIE MORRIS | |
| MGI | B | MARK KILLOUGH | | |
| MGI | B | ALFREDO ALARCON | OFELIA ALARCON | |
| MGI | B | JASON BATES | NANCY MACGREGOR | |
| MGI | B | ELLEN CHUNGLO | | |
| MGI | B | YOLANDA MUNEVAR | | |
| MGI | B | EDWARD SCOTT CANNON | CHRISTINA CANNON | |
| MGI | B | LILLIAN MURPHY | LAWRENCE MURPHY | |
| MGI | B | THERESA BERTOLINO | | |
| MGI | B | ESAD BOSKAILO | AZRA BOSKAILO | |
| MGI | B | JAMES LANE | VIKKI LANE | |
| MGI | B | ELIZABETH HOISINGTON | | |
| MGI | B | JAMES PULLINS | CRYSTAL PULLINS | |
| MGI | B | MIKE LEVESQUE | TISH LEVESQUE | |
| MGI | B | NANCY SMITH | DARRELL SMITH | |
| MGI | B | JULIA KNELLER | | |
| MGI | B | NORMAND DAIGLE | TERESA KENNEDY-DAIGLE | |
| MGI | B | BYRON BRADLEY | MARJORIE BRADLEY | |
| MGI | B | TOMMY NOBIS | MINDY NOBIS | |
| MGI | B | ROBERT WARBURTON | SUSAN MCGUIRE | |
| MGI | B | LEROY SCHUSTER | DOLLIE SCHUSTER | |
| MGI | B | MARY OSBORNE | | |
| MGI | B | SHEILA KELLEY | | |
| MGI | B | TERRENCE NOLLEN | DIANA NOLLEN | |
| MGI | B | PHILIP E WALDBESER | CHARLOTTE K WALDBESER | |
| MGI | B | CARL STRINGER | CATHERINE H STRINGER | |
| MGI | B | TOORAH MAHABIR | BASDAYE MAHABIR | |
| MGI | B | JOSEPHINE DESPENZA | | |
| MGI | B | JULIE DEINES | | |
| MGI | B | JAMES HARBISON | KARI HARBISON | |
| MGI | B | FARRUKH IQBAL | FEREH FARRUKH | |
| MGI | B | WILLIAM BRIDEWESER | ANN BRIDEWESER | |

Mortgage Insurance Settlement                                                                                           MGIC Opt Outs

| Defend | Class | NAME1 | NAME2 | NAME3 |
|---|---|---|---|---|
| MGI | B | SAMANTHA GRAILICH | | |
| MGI | B | ANGELICA NUNEZ | | |
| MGI | B | MARC SPATZ | CHRISTINA SPATZ | |
| MGI | B | JOHN MELTON | SUSAN MELTON | |
| MGI | B | JONATHON BROWER | KATHERINE BROWER | |
| MGI | B | EDWARD WALLS | ANGELA WALLS | |
| MGI | B | JENNIFER GRANT | MICHAEL RAPPA | |
| MGI | B | KATHLEEN CARTER | | |
| MGI | B | Marty Pingel | Tammy Pingel | |
| MGI | B | SONYA MOOREHEAD | | |
| MGI | B | JAMES ETHERIDGE | EDITH ETHERIDGE | |
| MGI | B | BRIAN FOLSOM | LISA FOLSOM | |
| MGI | B | ARTURO PEREZ | LAURA PEREZ CACERES | |
| MGI | B | JAMES SMITH | CHRISTINE SMITH | |
| MGI | B | PHILIP IRWIN | ELIZABETH IRWIN | |
| MGI | B | ROBERT GREER | | |
| MGI | B | ISABELITA MALAKI | | |
| MGI | B | CHERI PROUGH | | |
| MGI | B | WAYNE DORSETT | JOYCE DORSETT | |
| MGI | B | MARY MADLENER | GINGER ROTH | |
| MGI | B | RICHARD HALL | DONNA HALL | |
| MGI | B | RAMON MOSQUEDA | ANDREA MOSQUEDA | |
| MGI | B | LOUIS FERREIRA | | |
| MGI | B | LINDA GRUNEISEN | | |
| MGI | B | ROSA MARIA RODRIQUEZ | | |
| MGI | B | CHAD BOOTH | | |
| MGI | B | GARY REYNOLDS | LORI REYNOLDS | |
| MGI | B | RICHARD COLABELLI | MICHELLE COLABELLI | |
| MGI | B | ANDREW PICCININ | STACEY HALL | |
| MGI | B | JOSEPH BLANDFORD | | |
| MGI | B | MATTHEW TALIS | REAGAN TALIS | |
| MGI | B | CHARLEYNE GUIDRY | | |
| MGI | B | ASHLEY LAFLEUR | | |
| MGI | B | NEIL DINO | CATHERINE DINO | |
| MGI | B | BRANT VANORMAN | MELISSA A S VANORMAN | |
| MGI | B | ALAN UNDERWOOD | LORI UNDERWOOD | |
| MGI | B | ROGELIO CHULO | | |
| MGI | B | GINA MC DONALD | | |
| MGI | B | LATISHA COLE | GWEN COLE | |
| MGI | B | MATTHEW LAWRENCE | HOLLY WATSON | |
| MGI | B | TIMOTHY GONNAM | SANDRA GONNAM | |
| MGI | B | MATTHEW LANGER | | |
| MGI | B | MARK ALLEN WATHEN | CHERYL ANN WATHEN | |
| MGI | B | DANA RUSSELL | | |
| MGI | B | DANIEL GURNEY | | |
| MGI | B | CHRISTOPHER MCCARTHY | PATRICIA MCCARTHY | |
| MGI | B | HAROLD BOYD | | |
| MGI | B | DARYLL PRESCOTT | | |
| MGI | B | ROBERT MARKHAM | MARGARET MARKHAM | |
| MGI | B | LARRY MANLEY | TRACI MANLEY | |
| MGI | B | BRADLEY CRAWFORD | ALISHA CRAWFORD | |
| MGI | B | D MICHAEL CHAPMAN | TARA CHAPMAN | |
| MGI | B | JOSE CORREA | YOLAINE CORREA | |
| MGI | B | ANTHONY FRANCISCO | MARIA FRANCISCO | |
| MGI | B | WESLEY EVANS | AMBER EVANS | |
| MGI | B | MARK BADER | ANGELA BADER | |
| MGI | B | THELMA BATES | | |

**Mortgage Insurance Settlement**  **MGIC Opt Outs**

| Defend | Class | NAME1 | NAME2 | NAME3 |
|---|---|---|---|---|
| MGI | B | SCOTT HARRELSON | CAROL HARRELSON | |
| MGI | B | NED JANSEN | GINGER JANSEN | |
| MGI | B | JOHN PROUT | SARA PROUT | |
| MGI | B | MARK HEUER | SHERRY HEUER | |
| MGI | B | LARRY BLAKELY | DANA BLAKELY | |
| MGI | B | RYAN WINDOWS | | |
| MGI | B | JEREMIAH PATTERSON | CHRISTINE PATTERSON | |
| MGI | B | ROLANDO SALINAS | KATHERINE SALINAS | |
| MGI | B | LISA OCONNOR | CHARLES OCONNOR | |
| MGI | B | ERIC WARD | | |
| MGI | B | RAQUEL REED | | |
| MGI | B | SHAYNE SHORT | DIANA SHORT | |
| MGI | B | AIDA BURELA | | |
| MGI | B | MATTHEW MCCLOSKEY | JEANINE MCCLOSKEY | |
| MGI | B | CHRISTINE TOMER | BEATRICE TOMER | |
| MGI | B | ERIC GLOE | MARILEE GLOE | |
| MGI | B | ALEKSANDR KURITSYN | NATALIA ANCIANO | |
| MGI | B | BRADLEY BRZEZINSKI | | |
| MGI | B | THELMA RICE | | |
| MGI | B | JOHN SUMSION | DIANE SUMSION | |
| MGI | B | VICKIE REEF | | |
| MGI | B | WILLIAM STEWART | | |
| MGI | B | WILLIAM MOORE | SUSAN MOORE | |
| MGI | B | AILEEN WATSON | | |
| MGI | B | ORALIA VILLANUEVA | FLAUDIANO VILLANUEVA | |
| MGI | B | JEANNETTE GEE | | |
| MGI | B | RONALD LUCERO | ELVIRA LUCERO | |
| MGI | B | DAN NEWMAN | PAULA NEWMAN | |
| MGI | B | JOHN CALAROSA | SHARON CALAROSA | |
| MGI | B | JOSEPH PREZENKOWSKI | BRENDA PREZENKOWSKI | |
| MGI | B | SUSAN NELSON | | |
| MGI | B | JERRY DOTY | | |
| MGI | B | NZIA VANG | ZAXIONG LEE | YOUA LEE |
| MGI | B | EDWARD SUGRA | FLORDELIZA SUGRA | |
| MGI | B | WILLIAM SIEVE | GWENDOLYN SIEVE | |
| MGI | B | TIMOTHY KEMP | | |
| MGI | B | GEORGE YOGIAVEETIL | | |
| MGI | B | FRANKLIN STURGEON | CYBELE STURGEON | |

## OPT OUTS NOT INDENTIFIABLE WITH A DEFENDANT OR SUBCLASS

| | | | | |
|---|---|---|---|---|
| MGIC | | Steve Hawley | | |
| MGIC | | Steven Bernard | | |
| MGIC | | Barbara Jean Johnson | | |
| MGIC | | Jerry Collins | | |
| UNKNOWN | | Patti Squitieri | | |
| UNKNOWN | | George W. Crawley | | |
| UNKNOWN | | Leora M. & Richard A. Kautzman | | |

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:    1:00-cv-00108
Date Served:    June 26, 2001
Served By:      Sherry L. Taylor

Attorneys Served:

    John B. Long, Esq.
    Thomas William Tucker, Esq.
    Melinda Lawrence, Esq.
    Charles A. Bentley Jr., Esq.
    Michael D. Calhoun, Esq.
    Jay N. Varon, Esq.
    Khari M. Clay, Esq.
    Mark David Johnson, Esq.
    Elizabeth A. McLeod, Esq.

✓ Copy placed in Minutes
✓ Copy given to Judge
___ Copy given to Magistrate